No. 02–524. PRICE, WARDEN v. VINCENT. C. A. 6th Cir. [Certiorari granted *sub nom. Jones* v. *Vincent, ante,* p. 1099.] Motion for apointment of counsel granted, and it is ordered that David A. Moran, Esq., of Detroit, Mich., be appointed to serve as counsel for respondent in this case.

No. 02–5664. SELL v. UNITED STATES. C. A. 8th Cir. [Certiorari granted, *ante,* p. 999.] Motion of American Psychiatric Association et al. for leave to file a brief as *amici curiae* granted.

No. 02–7823. MATHIS v. STAFFORD COUNTY, VIRGINIA, ET AL. C. A. 4th Cir.;
No. 02–8064. GOBBI v. GOBBI. C. A. 4th Cir.; and
No. 02–8107. PEREIRA v. CITY OF PLANT CITY, FLORIDA. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 17, 2003, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 02–8340. IN RE DAVIS;
No. 02–8401. IN RE PHELPS; and
No. 02–8752. IN RE JOHNSON-EL. Petitions for writs of habeas corpus denied.

No. 02–895. IN RE DUVALL;
No. 02–7980. IN RE VIVONE; and
No. 02–8015. IN RE NYHUIS. Petitions for writs of mandamus denied.

No. 02–8632. IN RE DETOMASO. Petition for writ of mandamus and/or prohibition denied.

No. 02–8168. IN RE WILSON. Petition for writ of prohibition denied.

No. 02–658. ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 9th Cir. Certiorari granted.